#1745

MN-305

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:   Jeffrey Thomas & Susan Quinn Carlson

Chapter 7 Case No.   08-33647

Please Check One:

☐   Unclaimed Dividends

☒   Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| American Express Centurion Bank c/o Becket & Lee LLP PO Box 3001 Malvern, PA  19355-0701 | 5 | 16.80 | 0.26 |

Date:   January 25, 2010 _____          _____

Trustee